RECEIVED
BY MAIL
AUG 28 2000
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company

Defendant.

Civil No. 00-883 DWF/AJB

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT MINNESOTA MINING AND MANUFACTURING COMPANY**
and Order

TO: Plaintiff Amy Devine, and her counsel, Leslie L. Lienemann, 8400 Lyndale Avenue South, Suite 7, Bloomington, MN 55420:

**PLEASE TAKE NOTICE** that Defendant Minnesota Mining and Manufacturing Company substitutes its counsel and attorney of record in this matter.

**Former Attorney**

**Oppenheimer Wolff & Donnelly LLP**
Kathleen M. Mahoney(#66588)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**New Attorney**

**Dorsey & Whitney LLP**
Marianne D. Short (#100596)
James M. Zappa (#232646)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2833/2849
Facsimile: (612) 340-8856/2777

FILED SEP 05 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

## Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

**MINNESOTA MINING AND MANUFACTURING COMPANY**

Its ASSISTANT SECRETARY

AUGUST 24, 2000

Date

**OPPENHEIMER WOLFF & DONNELLY LLP**

Kathleen M. Mahoney (#66588)

8-22-00

Date

**DORSEY & WHITNEY LLP**

Marianne D. Short (#110596)
James M. Zappa (#232646)

8-22-00

Date

## ORDER

SO ORDERED.

Dated: Sept. 5, 2000

The Honorable Donovan W. Frank
United States District Judge