**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Amy Devine,

Plaintiff,

v.

Minnesota Mining and
Manufacturing Company,

Defendant.

Civil No. 00-883 DWF/AJB

**ORDER**

---

The above matter came before the Court on Plaintiff's Motion to Compel Discovery. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion is **granted in part, denied in part, and dismissed without prejudice in part**. [Docket No. 9].

2. Plaintiff's Motion, to the extent that it does not relate to Interrogatory Nos. 9-11, and Request Nos. 11-13, presents a moot controversy and is therefore dismissed without prejudice.

3. Plaintiff's Motion, with respect to Interrogatory No. 9, is granted in part and denied in part. Defendant shall identify each and every person employed in Defendant's legal department, from 1995 to the present, whom Defendant knew or knows to have, a disability.

4. Plaintiff's Motion, with respect to Interrogatory No. 10, is granted as to parts b. through f. and denied as to parts a. and g.

5. Plaintiff's Motion, with respect to Interrogatory No. 11, is denied.

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. Plaintiff's Motion, with respect to Request No. 11, is granted in part and denied in part. Defendant need not produce information relating to the reviews of Dr. Butzer for which billing records have not been retained. Defendant's obligations are limited to (a) reviewing all Dr. Butzer's billing records to identify the employees whose records he reviewed, (b) reviewing all of the files of those individuals for the purpose of finding documents containing Dr. Butzer's bottom-line medical opinions, (c) redacting any personal information, such as names, addresses, and social security numbers, and (d) producing said redacted documents.

7. Plaintiff's Motion, with respect to Request No. 12, is granted. Defendant must provide the requested material or supply a formal amended answer to this request.

8. Plaintiff's Motion, with respect to Request No. 13, is denied.

Dated: 1/16/01

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

With respect to Request No. 11, Plaintiff has explained that she suspects (1) Dr. Butzer has a history of favoring Defendant, (2) Defendant is aware of this history, and (3) Defendant's continued use of Dr. Butzer is evidence of its attitude toward disabled employees. Therefore, with respect to each review performed by Dr. Butzer, Defendant need not produce "any and all documents," but instead, need only produce enough documents to allow Plaintiff to clearly ascertain Dr. Butzer's bottom-line medical opinion with respect to those reviews.

The Court notes that both the Local Rules and the Federal Rules of Civil Procedure provide that this type of motion should have included a certification that Plaintiff had conferred or attempted to confer with Defendant in an effort to resolve the matter without Court intervention. Despite overlooking these rules, Plaintiff has experienced some success on this Motion, as evidenced by the contents of this Order. The Court admonishes Plaintiff not to anticipate the same success in the future.

AJB