UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing, Inc.,

Defendant.

Court File No: 00-883 DWF/AJB

**ORDER**

WHEREAS, Plaintiff has requested permission to take three additional depositions beyond the ten permitted under this Court's June 20, 2000 Pretrial Scheduling Order; and.

WHEREAS, Plaintiff has noticed the depositions of Robert Sprague, Paul Busse and Robert Jordan to take place in January, Defendant has requested that these depositions be moved into the month of February, and the taking of these depositions in February would not allow sufficient time thereafter to make any document requests deemed necessary as a result of the testimony of these witnesses prior to the expiration of the discovery deadline.

THEREFORE, the Court's Pretrial Scheduling Order of June 20, 2000, shall be modified as follows:

1. Plaintiff shall be permitted to take a total of thirteen depositions, exclusive of expert depositions; and

FILED JAN 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The discovery period for document requests made necessary by the deposition testimony of Robert Jordan, Paul Busse and Robert Sprague shall be extended to March 15, 2001.

IT IS SO ORDERED

Dated 1/23, 2001

Magistrate Arthur J. Boylan