UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company

Defendant.

Civil No. 00-883 DWF/AJB

**STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND PRETRIAL SCHEDULE TO EXTEND THE TIME IN WHICH DEFENDANT MAY MAKE EXPERT DISCLOSURES**

**WHEREAS**, by an Order dated June 20, 2000, the Court established a Pretrial Scheduling Order which, *inter alia*, established (1) February 1, 2001 as the date by which Defendant's expert witness disclosures are required to be made, (2) March 1, 2001 as the date by which all discovery must be completed, (3) March 1, 2001 as the date by which all non-dispositive motions shall be served and filed, and (4) May 1, 2001 as the date by which all dispositive motions shall be served and filed; and

**WHEREAS**, medical records maintained by Dr. Paul Goering, Plaintiff's treating psychiatrist, have not released to Defendant, despite Plaintiff providing a properly executed Authorization for release of those records and despite repeated urging by all counsel; and

**WHEREAS**, discovery, through Plaintiff's journal entries, has identified several additional medical providers, including those listed below, and Defendant desires to obtain and review the medical records those providers maintain regarding Plaintiff:

- Dr. William Drehmel
- Dr. Belgrade

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK

- Dr. Pittman
- Kayla & Chloe
- Dr. Eckert
- Mayo Clinic

; and

**WHEREAS**, none of those providers previously was identified to Defendant in response to discovery, due to Plaintiff's good faith representation that she did not recall the names of all her former health care providers; and

**WHEREAS**, Plaintiff has agreed to execute proper Authorizations for each of the above-listed medical providers on January 23, 2001; and

**WHEREAS**, these records currently are not available for review and digest by Defendant's medical/psychiatric expert prior to the current expert identification and report deadline of February 1, 2001; and

**WHEREAS**, the parties agree and respectfully request that the Court determine that these facts establish "good cause" to extend certain deadlines set forth in the Pretrial Scheduling Order.

**NOW, THEREFORE**, the parties, by and through their counsel, stipulate and agree as follows:

1. The February 1, 2001 deadline by which Defendant must identify its experts and disclose the report(s) of same shall be extended to March 30, 2001 for identification

and disclosure of Defendant's medical/psychiatric expert and report only. Defendant will abide by the February 1, 2001 deadline for all other experts.

2. The March 1, 2001 deadline for completing discovery shall continue in effect; provided, that Plaintiff may depose Defendant's identified medical/psychiatric expert, if necessary, on or before April 20, 2001.

3. The deadline for serving and filing dispositive motions will be extended to May 30, 2001. The trial ready date shall remain September 1, 2001.

**SO STIPULATED:**

Dated: Jan 23, 2001

By [signature]
Leslie L. Lienemann (#230194)
8400 Lyndale Avenue S, Suite 7
Bloomington, MN 55420
(612) 346-0619

ATTORNEY FOR PLAINTIFF
AMY DEVINE

Dated: ________________, 2001

DORSEY & WHITNEY LLP

By ________________
Marianne D. Short (#110596)
James M. Zappa (#232646)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2833
(612) 340-2849

ATTORNEYS FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY

and disclosure of Defendant's medical/psychiatric expert and report only. Defendant will abide by the February 1, 2001 deadline for all other experts.

2. The March 1, 2001 deadline for completing discovery shall continue in effect; provided, that Plaintiff may depose Defendant's identified medical/psychiatric expert, if necessary, on or before April 20, 2001.

3. The deadline for serving and filing dispositive motions will be extended to May 30, 2001. The trial ready date shall remain September 1, 2001.

**SO STIPULATED:**

Dated: ________________, 2001

By ______________________________
Leslie L. Lienemann (#230194)
8400 Lyndale Avenue S, Suite 7
Bloomington, MN 55420
(612) 346-0619

ATTORNEY FOR PLAINTIFF
AMY DEVINE

Dated: January 23, 2001

DORSEY & WHITNEY LLP

By ______________________________
Marianne D. Short (#110596)
James M. Zappa (#232646)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2833
(612) 340-2849

ATTORNEYS FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY

**SO ORDERED:**

Dated: 1/24, 2001

BY THE COURT:

Honorable Arthur J. Boylan
United States Magistrate Judge