UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company

Defendant.

Civil No. 00-883 DWF/AJB

**STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND PRETRIAL SCHEDULE**

**WHEREAS**, by an Order dated June 20, 2000, the Court established a Pretrial Scheduling Order which, *inter alia*, established (1) March 1, 2001 as the date by which all discovery must be completed.; and

**WHEREAS**, pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff has disclosed an expert, Chad Breckenridge, and has provided an expert report authored by Mr. Breckenridge; and

**WHEREAS**, Defendant properly served on Mr. Breckenridge and Plaintiff a Notice of Deposition and Subpoena *duces tecum*, to take Mr. Breckenridge's deposition on Friday, February 23, 2001; and

**WHEREAS**, Plaintiff's counsel has informed counsel for Defendant that Mr. Breckenridge is not available on the scheduled date of February 23, 2001, and the parties previously have scheduled depositions for each day between the February 23rd and March 1, 2001 discovery deadline; and

**WHEREAS**, counsel for Plaintiff has informed Defendant's counsel that Mr. Breckenridge is able and willing to make himself available for deposition on March 9, 2001, and counsel are available to conduct the deposition on that date; and

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the parties agree and respectfully request that the Court determine these facts establish "good cause" to permit Mr. Breckenridge's deposition to be taken on March 9, 2001, even though that date is after the March 1, 2001 discovery deadline.

**NOW, THEREFORE**, the parties, by and through their counsel, stipulate and agree that notwithstanding the March 1, 2001 deadline for completing discovery, Defendant may depose Plaintiff's identified expert, Chad Breckenridge, on March 9, 2001. The deadlines previously established by the Court shall remain unaltered.

**SO STIPULATED:**

Dated: Feb 23, 2001

By [signature]
Leslie L. Lienemann (#230194)
8400 Lyndale Avenue S, Suite 7
Bloomington, MN 55420
(612) 346-0619

ATTORNEY FOR PLAINTIFF
AMY DEVINE

Dated: 2-23, 2001

DORSEY & WHITNEY LLP

By [signature]
Marianne D. Short (#110596)
James M. Zappa (#232646)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2833/2849

ATTORNEYS FOR DEFENDANT
MINNESOTA MINING AND
MANUFACTURING COMPANY

**SO ORDERED:**

Dated: 2/22, 2001

BY THE COURT:

Honorable Arthur J. Boylan
United States Magistrate Judge