**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company, being sued as Minnesota Mining and Manufacturing, Inc.,

Defendant.

Civil No. 00-883 (DWF/AJB)

**ORDER**

---

Leslie L. Lienemann, Esq., Lienemann Law Office, 8400 Lyndale Avenue South, Suite 7, Bloomington, MN 55420, counsel for Plaintiff.

Marianne D. Short, Esq., and James M. Zappa, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, counsel for Defendant.

---

This matter is before the Court upon Plaintiff's appeal of Magistrate Judge Arthur J. Boylan's order dated January 16, 2001. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2).

The Court finds that Magistrate Judge Boylan's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

MAR 28 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Magistrate Judge Arthur J. Boylan's order of January 16, 2001 (Doc. No. 18), is **AFFIRMED.**

Dated: March 28, 2001

DONOVAN W. FRANK
Judge of United States District Court