**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Amy Devine,

Plaintiff,

v.

Minnesota Mining and Manufacturing Company, being sued as Minnesota Mining and Manufacturing, Inc.,

Defendant.

Civil No. 00-883 (DWF/AJB)

**ORDER**

---

Leslie L. Lienemann, Esq., Lienemann Law Office, 8400 Lyndale Avenue South, Suite 7, Bloomington, MN 55420, counsel for Plaintiff.

James D. Kremer, Esq., Marianne D. Short, Esq., and James M. Zappa, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, counsel for Defendant.

---

This matter is before the Court upon Plaintiff Amy Devine's appeal of that portion of Magistrate Judge Arthur J. Boylan's order dated July 2, 2001, that limits Plaintiff's additional expert witness to testifying about the damages related to stock options. Defendant opposes Plaintiff's appeal. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an "extremely deferential standard." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).

The Court finds that Magistrate Judge Boylan's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

FILED AUG 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. Magistrate Judge Arthur J. Boylan's order of July 2, 2001 (Doc. No. 53) is **AFFIRMED.**

2. Plaintiff Amy Devine's appeal of Magistrate Judge Arthur J. Boylan's order dated July 2, 2001 (Doc. No. 55), is **DISMISSED**.

Dated: August 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500